UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   2:14–cv–02263–DMG–SH                                    Date   3/31/2014

Title     CARL S. JACKSON V. WEST ASSET MANAGEMENT, INC.

Present : The Honorable DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| V.R. VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| NONE PRESENT | NONE PRESENT |

**Proceedings:**    **(IN CHAMBERS)  PILOT PROJECT RE SEALED DOCUMENTS**

    Judge Dolly M. Gee is participating in a pilot project regarding the submission of SEALED DOCUMENTS. Effective July 8, 2013, all proposed sealed documents must be submitted via e−mail to the Judge's Chambers email at DMG_Chambers@cacd.uscourts.gov. Please refer to the Court's website @ www.cacd.uscourts.gov, under Judge Gee's Procedures and Schedules (paragraph 19) for detailed instructions for submission of sealed documents.

    IT IS SO ORDERED.

Initials of Deputy Clerk:  rne