UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 14-02263-DMG-SHx** | Date | May 6, 2014 |
|---|---|---|---|

| Title | *Carl S. Jackson v. West Asset Management, Inc.* | Page | 1 of 1 |
|---|---|---|---|

Present:                DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings:  IN CHAMBERS—ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE REMANDED FOR LACK OF SUBJECT MATTER JURISDICTION**

On March 25, 2014, Defendant removed this case from Los Angeles County Superior Court, asserting federal question jurisdiction under 28 U.S.C. § 1441(a).  [Doc. # 1.]  On March 28, 2014, the Court accepted reassignment of this case from the Hon. John K. Kronstadt after determining it was related to *Jackson v. Capital Management Services, L.P. et al.*, No. 13-cv-08267-DMG-SH.  [Doc. #8.]  Although the Complaint filed in *Jackson v. Capital Management Services, L.P. et al.*, No. 13-08267-DMG-SH raises a federal question, the Complaint filed in *Jackson v. West Asset Management Inc.*, No. 14-cv-02263-DMG-SH does not assert any claims under federal law.  Accordingly, Defendant is hereby **ORDERED TO SHOW CAUSE** in writing why this action should not be remanded for lack of subject matter jurisdiction by **Wednesday, May 14, 2014**.  Plaintiff shall file its response by no later than **Wednesday, May 21, 2014**.  The Court will issue an order in *Jackson v. Capital Management Services, L.P. et al.*, No. 13-08267-DMG-SH staying the pending Motion to Consolidate with the instant action until the OSC is resolved.

**IT IS SO ORDERED.**