CASE NAME:  Jackson, Carl v. West Asset Management, Inc.
CASE NO:      14-cv-02263 JAK MAN

## PROOF OF SERVICE

I, the undersigned, hereby certify that I am a citizen of the United States, over the age of 18 years and not a party to the within action; my business address is 1545 Hotel Circle South, Suite 150, San Diego, California 92108. On this date I served the following:

WEST ASSET MANAGEMENT, INC.'S RESPONSE TO ORDER TO SHOW CAUSE

( X )   BY U.S. MAIL

    I served a true and correct copy of the above-named documents by mail by placing the same in a sealed envelope with postage fully prepaid, and depositing said envelope in the U.S. mail at San Diego, California. Said envelope(s) was/were addressed as listed hereafter:

(  )   BY FACSIMILIE MACHINE

    I caused to be transmitted by facsimile machine a true copy of the above-named documents to the below listed. Attached hereto is the Confirmation Report confirming the status of the transmission.

(  )   BY PERSONAL SERVICE

    I caused to be served by hand a true copy of the above named document as listed hereafter.

Carl S. Jackson
17 Harbor Sight Drive
Rolling Hills Estates, CA  90274

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: May 14, 2014

_____
Marilyn M. Winder