

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**TERRY NAFISI**
District Court Executive and
Clerk of Court

Date: June 17, 2014

Name & Address
Superior Court of California
CENTRAL DIVISION
111 N. Hill Street
Civil Filing Unit - Room 102
Los Angeles, CA 90012

Re:  Case Number:  CV 14-2263-DMG(SHx)

Previously Superior Court Case No.  14S01841

Case Name:  Carl S. Jackson v. West Asset Management, Inc.

Dear Sir / Madam:

Pursuant to this Court's ORDER OF REMAND issued on  June 17, 2014 , the above-referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to our office.  Thank you for your cooperation.

Respectfully,

Clerk, U. S. District Court

By:  Isabel Martinez
     Deputy Clerk    213-894-5286

☒ Western   ☐ Eastern   ☐ Southern Division

*cc: Counsel of record*

---

Receipt is acknowledged of the documents described herein.

Clerk, Superior Court

By: _____

Date                                                          Deputy Clerk

CV - 103 (09/08)            **LETTER OF TRANSMITTAL - REMAND TO SUPERIOR COURT (CIVIL)**